**Fill in this information to identify the case:**

Debtor name   **KDA Group, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **16-21821**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $ _____ 589,374.74

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $ _____ 589,374.74

**Part 2:**   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ _____ 12,967,324.25

4. **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b

   $ _____ 12,967,324.25

Fill in this information to identify the case:

Debtor name    KDA Group, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    16-21821

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

4.1.  **Two checks just received $387.00 & $1,830.80**                                    $2,217.80

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                                    $2,217.80

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.  **Real Estate Lease Deposits, but all are forfeit on account of overdue payments**                                    $0.00

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                    $0.00

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor __KDA Group, Inc._____   Case number (If known) __16-21821__
Name

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**   SEE ATTACHED LIST A 1-4

11a. 90 days old or less:      __314,471.94__  -  __0.00__ = ....      **$314,471.94**
face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | **$314,471.94** |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. Office furniture SEE ATTACHED LIST B | $0.00 | | $42,250.36 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.   | **$42,250.36** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

$A_1$

| Customer Number | office | CLIENT | Customer Name | BRIEF NOTES | Total Outstanding |
|---|---|---|---|---|---|
| 103375 | 17 | BF Goodrich | California Tire | | $ 480.00 |
| 11301 | 17 | CURRIN-DIXIE | DIXIE CONSTRUCTION | 2/27/2016 SENT TO COLLECTIONS, 1/27/16; SI | $ 5,763.00 |
| 26447 | 17 | CURRIN-M.MARIETTA | MARTIN MARIETTA/IN | | $ 1,672.80 |
| 17577 | 17 | CURRIN-M.MARIETTA | MARTIN MARIETTA/MID AMER | | $ 6,938.55 |
| 11421 | 17 | CURRIN-M.MARIETTA | MARTIN MARIETTA/TOPEKA | | $ 3,651.60 |
| 11424 | 17 | CURRIN-M.MARIETTA | MARTIN MARIETTA/WV | | $ 2,986.56 |
| 11411 | 17 | WOERNER TURF | WOERNER GROUP | | $ 3,011.55 |
| 192518 | 17 | FASTSIGNS | FASTSIGNS | SENT TO COLLECTIONS 11/13/15 EMAILED BAI | $ 809.75 |
| 374519 | 17 | KC MISC | NOVICA | | $ 4,532.83 |
| 95766 | 17 | Michelin | Byron Woodley Tire | publisher billing not received yet | $ (95.40) |
| 94913 | 17 | Michelin | California Tire | 2/27/2016 SENT TO COLLECTIONS 1/27/16; SI | $ 480.00 |
| 192279 | 17 | MOBILE MINI | MOBILE MINI INC | SENT TO COLLECTIONS | $ 731.14 |
| 193192 | 17 | MOBILE MINI | MOBILE MINI INC | SENT TO COLLECTIONS | $ 20,150.00 |
| 192280 | 17 | MOBILE MINI | MOBILE MINI PPC | SENT TO COLLECTIONS | $ (3,441.54) |
| 79291 | 17 | Nissan | Beaverton Nissan | | $ 306.00 |
| 79605 | 17 | Nissan | Len Stoller Nissan | 1/27/2016 SENT TO COLLECTIONS 1/27/16; SI | $ 792.00 |
| 22017 | 17 | PELLA | PELLA WINDOWS &DOORS | SENT TO COLLECTIONS invoked prepped but no | $ 536.75 |
| 142951 | 17 | PELLA | SCHMIDT EXTERIORS | 1/12/2016 SENT TO COLLECTIONS, 1/27/16; SI | $ 2,000.00 |
| 193216 | 17 | PIZZAHUT | NEW RIVER PIZZA HUT | | $ 1,136.90 |
| 175895 | 17 | PIZZAHUT | SUGAR CREEK PIZZA HUT | | $ 3,447.09 |
| 195433 | 17 | TENET | HILTON HEAD PHYSICIAN PARTNER | | $ 2,460.00 |
| 49671 | 17 | TENET | ST. MARY'S MEDICAL CENTER | No Contract - Billed incorrectly 2/12 | $ 744.00 |
| 373224 | 17 | THE MAIDS | THE MAIDS -MILPITAS, CA | No Contract - Needs Contract to Pay 7/11 | $ 1,499.62 |
| 374148 | 17 | THE MAIDS | THE MAIDS OF FT COLLINS | 1/12/2016 SENT TO COLLECTIONS on advance eva | $ 232.62 |
| 374149 | 17 | THE MAIDS | THE MAIDS OF FT COLLINS | SENT TO COLLECTIONS Only Paying two acco | $ 8,548.14 |
| 374522 | 17 | THE MAIDS | THE MAIDS OF TALLAHASSEE | SENT TO COLLECTIONS Apes not feel they pay | $ 231.94 |
| 371168 | 17 | THE MAIDS | THE MAIDS-MEDWAY, MA | SENT TO COLLECTIONS Find to cancel before | $ 1,916.95 |
| 216335 | 18 | AUDI | DESERT EUROPEAN MOTOR CARS | SENT TO COLLECTIONS | $ 2,143.20 |
| 222559 | 18 | CHAMPION | KRUMAN EQUIPMENT CO | SENT TO COLLECTIONS Phone Books out deliv | $ 321.60 |
| 225448 | 18 | CRUISE HOLIDAY | CRUISE HOLIDAYS OF SILVERDALE | SENT TO COLLECTIONS | $ 2,188.00 |
| 228659 | 18 | CULLIGAN | CULLIGAN BELLEFONTE | allowance only-added comm - lmb 7/15 | $ 43.08 |
| 228523 | 18 | CULLIGAN | CULLIGAN EAGLEVILLE | SENT TO COLLECTIONS | $ 6,526.12 |
| 228987 | 18 | CULLIGAN | CULLIGAN IDAHO FALLS | SENT TO COLLECTIONS | $ 4,582.99 |
| 228940 | 18 | CULLIGAN | CULLIGAN KEWANEE | | $ 959.62 |
| 228816 | 18 | CULLIGAN | CULLIGAN KINGSFORD MI | SENT TO COLLECTIONS signer not authorized? | $ 1,336.32 |
| 228757 | 18 | CULLIGAN | CULLIGAN MISHAWAKA IN | 1/27/2016 SENT TO COLLECTIONS 1/27/16; SI | $ 5,081.42 |
| 228622 | 18 | CULLIGAN | CULLIGAN MONTPELIER | | $ 468.04 |
| 370984 | 18 | CULLIGAN | CULLIGAN NEW YORK | SENT TO COLLECTIONS | $ 5,063.26 |
| 371387 | 18 | CULLIGAN | CULLIGAN OTTAWA | SENT TO COLLECTIONS | $ 426.87 |
| 228932 | 18 | CULLIGAN | CULLIGAN OTTAWA | SENT TO COLLECTIONS | $ 478.80 |
| 228557 | 18 | CULLIGAN | CULLIGAN ROCHESTER | SENT TO COLLECTIONS Owner said he did not | $ 6,370.27 |
| 378906 | 18 | CULLIGAN | CULLIGAN SPARTA NJ | SENT TO COLLECTIONS, ordered then foreaway | $ 3,340.86 |
| 370227 | 18 | CULLIGAN | CULLIGAN TULSA | SENT TO COLLECTIONS SAW CALLED THIS ACC | $ 2,340.00 |
| 372569 | 18 | CULLIGAN | CULLIGAN WILLIAMSTOWN | | $ 1,222.28 |
| 376812 | 18 | CULLIGAN CANADA | CULLIGAN OF MONCTON-DIEPPE NB | | $ 39.84 |

A₂

| | | | | | | |
|---|---|---|---|---|---|---|
| 370619 | 18 | CULLIGAN CANADA | CULLIGAN WATER-CAMBRIDGE ON | No contract -2013 DATED INVOICE | | $ 1,066.32 |
| 241255 | 18 | FORD | BAY HARBOR FORD | | | $ 378.00 |
| 241438 | 18 | FORD | BOB SILVA FORD | SENT TO COLLECTIONS **10/12/2015-missed ca** | | $ 2,184.00 |
| 242376 | 18 | FORD | FORTUNA FORD & FEATHERLITE TRAILERS | | | $ 258.00 |
| 236868 | 18 | FORD | ROCK8RIDGE FORD | | | $ 1,740.00 |
| 237208 | 18 | FORD | STEVE COURY FORD/LINCOLN | SENT TO COLLECTIONS | | $ 1,734.25 |
| 253100 | 18 | GARDNERDENVER | KRUMAN EQUIPMENT CO | SENT TO COLLECTIONS Phone #xxds not debus | | $ 334.10 |
| 249046 | 18 | GENERAC | MIKUS ELECTRIC | SENT TO COLLECTIONS **Claims he paid but will r** | | $ 1,289.50 |
| 258406 | 18 | GOODYEAR DISPLAY | DIVISION TIRE INC | 2/27/2016 SENT TO COLLECTIONS 2/10/2016 | | $ 2,886.00 |
| 370789 | 18 | GOODYEAR DISPLAY | GOODGUYS | | | $ 4,003.50 |
| 258713 | 18 | GOODYEAR DISPLAY | LOVELLS DISCOUNT TIRE | SENT TO COLLECTIONS | | $ 6,098.80 |
| 259893 | 18 | GOODYEAR DISPLAY | MACS TIRE & SERVICE | | | $ 1,440.00 |
| 259063 | 18 | GOODYEAR DISPLAY | SPRINGDALE TIRE | SENT TO COLLECTIONS said paid in full | | $ 534.00 |
| 261618 | 18 | GOODYEAR MASTER | CENTRAL TIRE AND AUTO SVC | SENT TO COLLECTIONS | | $ 2,975.20 |
| 261806 | 18 | GOODYEAR MASTER | DEMERS AUTO SERVICE | SENT TO COLLECTIONS PAID THAT THAT 1/11/11/2016 | | $ 815.00 |
| 261915 | 18 | GOODYEAR MASTER | DIVISION TIRE INC | 2/27/2016 SENT TO COLLECTIONS 2/10/16 5 | | $ 1,566.28 |
| 370627 | 18 | GOODYEAR MASTER | EXPRESS TIRE OCEANSIDE CA | SENT TO COLLECTIONS 7/13/2015. | | $ 702.00 |
| 370626 | 18 | GOODYEAR MASTER | EXPRESS TIRE VISTA CA | SENT TO COLLECTIONS applied later on return | | $ 702.00 |
| 263107 | 18 | GOODYEAR MASTER | SIMPSON CO TIRE SERVICE | SENT TO COLLECTIONS said agree not outland | | $ 996.00 |
| 372463 | 18 | GRANDRENTALS | TUFF EQUIPMENT RENTALS LLC | | | $ 6,111.00 |
| 263661 | 18 | HP | DAV-TECH COMPUTER CENTER W LA | SENT TO COLLECTIONS collection to pay  debt | | $ 918.00 |
| 282934 | 18 | JAGUAR | OVERSEAS MOTORS | | | $ 163.31 |
| 196582 | 18 | KOHL | KOHLS DEPARTMENT STORES | 1/20/16: EMAILED CLIENT ASKING WHY THE IN | | $ 70.00 |
| 357048 | 18 | LINCOLN | FRESNO LINCOLN | | | $ 1,044.00 |
| 357694 | 18 | LINCOLN | NORTH BROS LINCOLN MERCURY | SENT TO COLLECTIONS | | $ 967.00 |
| 358295 | 18 | LINCOLN | STEVE COURY LINCOLN/FORD | SENT TO COLLECTIONS | | $ 1,095.30 |
| 371542 | 18 | MOLLYMAID | MOLLY MAID - ARNOLD, MD | SENT TO COLLECTIONS | | $ 1,960.80 |
| 371585 | 18 | MOLLYMAID | MOLLY MAID OF COLUMBIA SC | SENT TO COLLECTIONS | | $ 2,787.00 |
| 371571 | 18 | MOLLYMAID | MOLLY MAID OF EAST MESA AZ | 2/27/2016 SENT TO COLLECTIONS 2/12/2016 | | $ 40.20 |
| 371606 | 18 | MOLLYMAID | MOLLY MAID OF GREATER FT WORTH | SENT TO COLLECTIONS | | $ 972.00 |
| 371667 | 18 | MOLLYMAID | MOLLY MAID OF NE TAMPA | 2/27/2016 SENT TO COLLECTIONS | | $ 832.60 |
| 371617 | 18 | MOLLYMAID | MOLLY MAID -TALLAHASSEE | | | $ 4,440.00 |
| 374001 | 18 | MRHANDYMAN | MR HANDYMAN ANN ARBOR - DEXTER, MI | SENT TO COLLECTIONS | | $ 1,655.00 |
| 373242 | 18 | MRHANDYMAN | MR HANDYMAN OF N CHICAGO | SENT TO COLLECTIONS | | $ 3,996.00 |
| 371923 | 18 | MRHANDYMAN | MR. HANDYMAN OF W LA | SENT TO COLLECTIONS | | $ 1,261.40 |
| 371879 | 18 | MRHANDYMAN | MR. HANDYMAN-FT.WORTH, TX | | | $ 769.00 |
| 371805 | 18 | MRHANDYMAN | MR. HANDYMAN OF C MONT-SKIPPACK, PA | SENT TO COLLECTIONS Billed in General Offic | | $ 697.75 |
| 361874 | 18 | NYLIFE | NYL - ALPHARETTA (FOR MEMPHIS) | | | $ 906.24 |
| 361986 | 18 | NYLIFE | NYL - SAN RAMON,CA | Did not received publisher billing yet | | $ (15.55) |
| 374257 | 18 | NYLIFE | NYL-MEMPHIS | SENT TO COLLECTIONS | | $ 1,093.14 |
| 363773 | 18 | PDR | PDR OF PANAMA CITY | SENT TO COLLECTIONS | | $ 3,960.00 |
| 367246 | 18 | RAINBIRD | THE SPRINKLER PEOPLE | SENT TO COLLECTIONS | | $ 430.80 |
| 370650 | 18 | RICOH | RICOH AMERICAS CORP | 2/27/2016 SENT TO COLLECTIONS 1/21/16: 8 | | $ 3,032.34 |
| 196489 | 18 | SUB.PROPANE | SUBURBAN PROPANE | NO PUB INV RECD. | | $ 3,406.57 |
| 370538 | 18 | TRUEVALUE | BALLWEG TRUE VALUE | | | $ 699.00 |
| 337809 | 18 | TRUEVALUE | HILLSIDE TRUE VALUE | | | $ 1,324.80 |
| 338394 | 18 | TRUEVALUE | LIMA HARDWARE & PLUMBING | SENT TO COLLECTIONS | | $ 900.77 |
| 336953 | 18 | VOLVO | AL JOHNSON VOLVO/VW | SENT TO COLLECTIONS Signer not authorized I | | $ 616.80 |
| 336730 | 18 | VOLVO | FRESNO VOLVO LINCOLN MERCURY | | | $ 1,044.00 |

$A_3$

| ID | # | Code | Company | Note | Amount |
|---|---|---|---|---|---|
| 183396 | 23 | JACKSONHW | THE TAX DOCTORS INC-HELENA MT | no contract - charge off?-email from account re | $ 80.40 |
| 373243 | 23 | MAYFLOWER | G & H MOVING & STORAGE | SENT TO COLLECTIONS | $ 822.36 |
| 387203 | 23 | MAYFLOWER | KCW MOVING & STORAGE | 2/22/2016: SENT TO COLLECTIONS, 3/1/16:EF | $ 1,298.36 |
| 197557 | 23 | MAYFLOWER | MAYFLOWER TRANSIT INC | 2/3/2016: SENT FOLLOW UP TO CLIENT REGAF | $ 609.96 |
| 374113 | 23 | MAYFLOWER | SAFEWAY - INTERACTIVE | SENT TO COLLECTIONS, Says 2-3month intend | $ 1,773.41 |
| 197562 | 23 | MAYFLOWER | SHAHEEN MOVING | | $ 3,707.10 |
| 197564 | 23 | MAYFLOWER | VAN HORN TRANSFER & STORAGE | 2/3/16: EMAIL, 3/1/16: SENT TO | $ 4,757.48 |
| 373668 | 23 | UNITEDVAN | CHAVIS VAN & STORAGE | SENT TO COLLECTIONS | $ 2,138.40 |
| 371327 | 23 | UNITEDVAN | FRESNO MOVING & STORAGE | SENT TO COLLECTIONS | $ 16,384.64 |
| 340954 | 23 | UNITEDVAN | GEIGER MOVING & STORAGE | SENT TO COLLECTIONS | $ 9,154.44 |
| 376786 | 23 | UNITEDVAN | LIBERTY MOVING & STORAGE | SENT TO COLLECTION: Pointing to Pay Unha | $ 3,200.44 |
| 377184 | 23 | UNITEDVAN | MOBERLY MOVING AND STORAGE | 2/22/2016: SENT TO COLLECTIONS 2/3/2016: | $ 780.00 |
| 340986 | 23 | UNITEDVAN | UNITED VAN LINES INC | | $ (5,282.90) |
| 374002 | 23 | UNITEDVAN | VINCENT FISTER | 2/3/2016: SENT FOLLOW UP EMAIL TO CLIENT | $ 711.87 |
| 387138 | 25 | AMANA | ABRAHAMSONS INC | SENT TO COLLECTIONS: Says 2-month waiting | $ 280.80 |
| 387119 | 25 | AMANA | CAMPEAU HEATING | | $ 568.02 |
| 383339 | 25 | AMANA | EAST COAST METAL DISTRIBUTORS | | $ 1,946.40 |
| 387135 | 25 | AMANA | FOUR SEASONS HEATING & COOLING | | $ 10,254.00 |
| 387118 | 25 | AMANA | HEATING & COOLING SUPPLY CO | | $ 1,356.00 |
| 387137 | 25 | AMANA | J & J HEATING & AC INC | | $ 874.00 |
| 387085 | 25 | AMANA | JOHN BETLEM HEATING & COOLING | | $ 5,264.34 |
| 385382 | 25 | AMANA | KUSTOM HEATING AND COOLING | | $ 636.00 |
| 387087 | 25 | AMANA | MARK WEBER HEATING & COOLING | | $ 384.00 |
| 387205 | 25 | AMANA | MORT'S PLUMBING & HEATING | | $ 849.00 |
| 387088 | 25 | AMANA | REDMOND-WILLIAMS DISTRIBUTIONS | SENT TO COLLECTIONS: LOCA TO COLLECT | $ 1,292.46 |
| 385147 | 25 | AMANA | TOTAL COMFORT HEATING & COOLING | | $ 10,656.00 |
| 387079 | 25 | BOBSUMEREL | BOB SUMEREL TIRE-CINCINNATI | | $ 325.92 |
| 378560 | 25 | STARVING | STARVING STUDENTS | SENT TO COLLECTIONS: LOCA TO COLLECT | $ 7,581.34 |
| 379567 | 25 | VISIONSRC | CHADRON VISION CENTER | | $ 502.66 |
| 387158 | 25 | VISIONSRC | DAVID M. WILSON, OD | | $ 541.71 |
| 380307 | 25 | VISIONSRC | FAMILY EYE CARE | | $ 126.00 |
| 387163 | 25 | VISIONSRC | FAMILY VISION CARE | | $ 541.71 |
| 387162 | 25 | VISIONSRC | GARD JEREMY OD | | $ 541.71 |
| 380555 | 25 | VISIONSRC | GORDON VISION CENTER | | $ 382.67 |
| 387164 | 25 | VISIONSRC | GREENLEE JD OD | | $ 541.71 |
| 380623 | 25 | VISIONSRC | HERITAGE OPTICAL | NO CONTRACT- NEED CONTRACT TO PAY BALA | $ 724.80 |
| 387161 | 25 | VISIONSRC | JOHN G. ASHMAN, OD | | $ 541.71 |
| 387159 | 25 | VISIONSRC | KARON KLEM NOWAKOWSKI OD | | $ 541.71 |
| 381449 | 25 | VISIONSRC | PINE RIDGE VISION CENTER | | $ 382.67 |
| 387160 | 25 | VISIONSRC | WYNDE ASHMAN, O.D. | | $ 541.71 |
| 382953 | 25 | VW | GENSINGER MOTORS | | $ 1,545.40 |
| 383118 | 25 | VW | GOLD KEY-LANGLEY VW | | $ 672.69 |
| 382415 | 25 | VW | HIGHLAND VW | | $ 408.00 |
| 382454 | 25 | VW | LOU BACHRODT VW | | $ 946.00 |
| 382763 | 25 | VW | MURRIETA VW | | $ 240.00 |

A₄

| | | | | | |
|---|---|---|---|---|---|
| 382767 | 25 | VW | NEFTIN VOLKSWAGEN | PART OF TCO TRANSFER DID NOT ORDER - NO | $ 456.00 |
| 382538 | 25 | VW | SENDELL MOTORS | PART OF TCO TRANSFER DID NOT ORDER - NO | $ 656.40 |
| 382954 | 25 | VW | THREE COUNTY VW | PART OF TCO TRANSFER DID NOT ORDER - NO | $ 856.80 |
| 372748 | 31 | VIZION | VIZION INTERACTIVE | SENT TO COLLECTIONS | $ 27,038.00 |
| | | | | | |
| | | | | TOTALS | $ 214,471.04 |

*FILES SENT TO COLLECTIONS
*ACCOUNTS THAT TRANSFERRED OVER FROM TCO WITH NO CONTRACTS
*CANNOT COLLECT ON ACCOUNTS & ADVISED TO WRITE OFF BALANCES
*CLIENT WAS MAKING PAYMENTS, SENT STATEMENT TO
*CLIENT PAID YP FOR THEIR ADVERTISING
*CLIENT PAID NONACK FOR THEIR KOA INVOICE, NEED TO BE REIMBURSED FROM NONACK TO CLEAR AR
*TCO INVOICES, WHO IS COLLECTING, NO CONTRACTS, NOTHING SENT TO DATE ABOUT PAST DUE, MATT PARRA NEED INVOLVED?

ATTACHMENT B

FORM 206 A/B; PART 7: OFFICE FURNITURE, FIXTURES AND EQUIPMENT

At the time of filing, KDA had four offices, only one of which was open (Pittsburgh). The other offices are in Kansas City (Overland Park), KS, Louisville, KY and Milwaukee, WI.

Each office is equipped with standard work stations for each employee with a computer and a phone, a small conference room, copy room and staff canteen. Since the KDA has been in business for almost 30 years, almost all the equipment has been fully depreciated, leaving it without book value. The exception being computer equipment consisting of laptop and desktop computers and the servers and firewalls needed for data storage and internet access, details of which are set out below.

SUMMARY

| B1 | Computer system equipment | $9,735.00 |
| B2 | Servers, firewalls and storage | $6,200.00 |
| B3-B5 | Laptops, desktops and other office equipment | $6,750   ~~26,315.26~~ |

TOTAL OFFICE FURNITURE AND EQUIPMENT       $22,685.00   ~~$42,250.26~~

INTENTIONALLY LEFT BLANK

B₁

| Product | Market Value | Quantity | Total Value |
|---|---|---|---|
| Ultrium 3 | 50 | 3 | 150 |
| Cisco 3550 | 50 | 5 | 250 |
| Cisco SF300_48P | 250 | 2 | 500 |
| LinkSys 224G4P | 130 | 1 | 130 |
| Cisco2600 | 20 | 2 | 40 |
| Cisco 3620 | 20 | 1 | 20 |
| Cisco 3560 | 200 | 1 | 200 |
| Cisco 3700 | 50 | 1 | 50 |
| Firebox x1000 | 100 | 1 | 100 |
| Firebox x750e | 100 | 1 | 100 |
| Brother MFC 7220 | 100 | 3 | 300 |
| Brother MFC 7420 | 100 | 1 | 100 |
| Brother MFC 7240 | 100 | 2 | 200 |
| Juniper EX3300 48 (1 P and 1 T) | 1500 | 2 | 3000 |
| Dell Monitors (Most 1907FP) | 40 | 17 | 680 |
| Keyboards | 10 | 12 | 120 |
| Mice | 10 | 15 | 150 |
| Dell 745 | 135 | 27 | 3645 |
| Total | | | 9735 |

B2

| Server | User(s) | Version Name | New Locatio | Serial# | Model | Market Price | Memory (MB) |
|---|---|---|---|---|---|---|---|
| kcdc1.kc.kda.mon | KDA | 2003 kcdc1 | Liquidate | 8R6JQB1 | PowerEdge 1850 | 100.00 | 1023 |
| loudc1.lou.kda.mon | KDA | 2003 loudc1 | Liquidate | CR6JQB1 | PowerEdge 1850 | 100.00 | 1023 |
| pitdc1.pit.kda.mon | KDA | 2003 pitdc1 | Expedient | 8R4MQB1 | PowerEdge 1850 | 100.00 | 1023 |
| kc01.kc.kda.mon | KDA | 2003 kc01 | Liquidate | J9PBRB1 | PowerEdge 2850 | 150.00 | 6143 |
| lou1.lou.kda.mon | KDA | 2003 lou1 | Liquidate | 4BPBRB1 | PowerEdge 2850 | 150.00 | 6143 |
| mil1.mil.kda.mon | KDA | 2003 mil1 | Liquidate | 1CPBRB1 | PowerEdge 2850 | 150.00 | 6143 |
| pit1.dat.kda.mon | KDA | 2003 PIT1 | Expedient | 5CPBRB1 | PowerEdge 2850 | 150.00 | 6143 |
| pit2.pit.kda.mon | KDA | 2003 pit2 | Expedient | H1VMP51 | PowerEdge 2850 | 150.00 | 6143 |
| focus1.dat.kda.mon | KDA | 2003 focus1 | Liquidate | BGVFRB1 | PowerEdge 2900 | 400.00 | 6143 |
| kdapitit1.dat.kda.mon | KDA | 2003 KDAPITIT1 | Liquidate | F9RXMF1 | PowerEdge 2900 | 400.00 | 15355 |
| kdats04.dat.kda.mon | KDA | 2003 kdats04 | Expedient | GGVFRB1 | PowerEdge 2900 | 400.00 | 6143 |
| kdats05.dat.kda.mon | KDA | 2003 kdats05 | Liquidate | HXPJGC1 | PowerEdge 2900 | 400.00 | 6143 |
| kdats06.dat.kda.mon | KDA | 2003 KDATS06 | Liquidate | FVBCVC1 | PowerEdge 2900 | 400.00 | 6143 |
| kdats07.dat.kda.mon | KDA | 2003 kdats07 | Expedient | CVBCVC1 | PowerEdge 2900 | 400.00 | 6143 |
| kdavms1.dat.kda.mon | Norack/KDA | 2008 kdavms1 | Expedient | HGVFRB1 | PowerEdge 2900 | 400.00 | 6139 |
| kdavms2.dat.kda.mon | Norack/KDA | 2003 kdavms2 | Expedient | GXPJGC1 | PowerEdge 2900 | 400.00 | 6143 |
| kdavms3.dat.kda.mon | KDA | 2003 kdavms3 | Expedient | DXPJGC1 | PowerEdge 2900 | 400.00 | 6143 |
| kdadc-pdc1.dat.kda.mon | KDA | 2003 kdadc-pdc1 | Expedient | 3F615C1 | PowerEdge 2950 | 250.00 | 4091 |
| fusionprod.dat.kda.mon | KDA/Norack | 2003 FusionProd | Expedient | D8FJGC1 | PowerEdge 6800 | 400.00 | 15611 |
| orafinprod.dat.kda.mon | KDA | 2003 orafinprod | Expedient | BD26V91 | PowerEdge 6800 | 400.00 | 8187 |
| kdamilnas1.pit.kda.mon | KDA/Norack | 2008 KDAMILNAS | Expedient | 4VQN9Z1 | PowerVault NX40 | 500.00 | 8147 |

$6,200.00

$B_3$

## BOOK VALUE OF KDA FIXED ASSETS COSTS AT 1 MARCH 2016

| GL Acct # | GL Office | Serial Number | Description | End Date | Value at 14MAY16 BOOK | MARKET EST. |
|---|---|---|---|---|---|---|
| 16709 | Pittsburgh | | Pittsburgh Furniture | Dec-17 | $1,855.04 | 3,000.00 |
| 16709 | Pittsburgh | HNRTY12 | Noel - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | G70L712 | Porter - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | BFZK712 | Brown - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | D8ZK712 | Sager - desktop | Sep-17 | $ 341.88 | 60 |
| 16709 | Pittsburgh | HKFSY12 | Kerin - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | BCOL712 | Butler - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | HJPVY12 | Hoffman - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | 4F2NFK1 | Duvall - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | HLYPY12 | Pickels - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | 410L712 | Little - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | 2CE4240GFZ | Elliott - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | 2CE4240GDM | Morgan - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | 2CE4240FV0 | Franko - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | 2CE4240FQV | Kundla - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | Serial # not on workshe | Follmer - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | 2CE4240GM3 | Shamets - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | 2CE4240GFD | Salsgiver - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | Serial # not on workshe | IT backup - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | Serial # not on workshe | IT backup - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Pittsburgh | Serial # not on workshe | IT backup - laptop | Sep-17 | $ 354.75 | 75 |
| 16709 | Remote | 2CE4240GM4 | Lamb - laptop | Oct-17 | $ 380.98 | 75 |
| 16709 | Pittsburgh | 011598442853 | Little - tablet | Aug-16 | $ 198.10 | 75 |
| 16709 | Remote | 8HZK712 | Swanson - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Remote | HLFPY12 | Chaudhary - desktop | Sep-17 | $ 341.88 | 50 |
| 16709 | Pittsburgh | Serial # not on workshe | Shields - laptop - bought out use | | 0 | |
| | | | | | | |
| 16718 | Milwaukee | 2CE4240GHX | McKenna - laptop | Sep-17 | $ 351.78 | 75 |
| 16718 | Milwaukee | HNTRY12 | Stephan - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | HK0QY12 | Albers - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | FB0TW12 | Paterson - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | HJYSY12 | Allen - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | 289BN22 | Cheney - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | HH5RY12 | Mavis - desktop | Sep-17 | $ 343.37 | 50 |
| 16718 | Milwaukee | Serial # not on workshe | MKE backup - desktop | Oct-17 | $ 368.38 | 50 |
| 16718 | Milwaukee | | MKE Phones | Jul-16 | $ 347.53 | 75 |
| 16718 | Milwaukee | 042954443053 | Minnick - tablet | Sep-16 | $ 229.97 | 50 |
| 16718 | Remote | HLGPY12 | Walker - desktop | Sep-17 | $ 343.37 | |
| 16718 | Milwaukee | 2CE4240FQL | Jackson - laptop - bought out use | | 0 | -- |
| 16718 | Milwaukee | 2CE4240GNP | Isley - laptop - bought out use M | | 0 | -- |

B4

| | | | | BOOK | MARKET EST. |
|---|---|---|---|---|---|
| 16720 Kansas City | | Johnston - furniture | Mar-18 | $ 692.10 | |
| 16720 Kansas City | 300L712 | Kozak - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | HB0L712 | Pummill - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | 2TXK712 | Haynes - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | HJNSY12 | Peters - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | 2K2K712 | Valdez - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | 9SZK712 | Brown - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | DQYK712 | Doty - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | Serial # on worksh | KC backup - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Kansas City | 2CE4240GJB | Johnston - laptop - in I | Sep-17 | $ 370.92 | 75 |
| 16720 Remote | G8ZK712 | Suhr - desktop | Sep-17 | $ 361.19 | 50 |
| 16720 Remote | 2CE4240GP7 | McCoy - laptop | Sep-17 | 370.92 | 75 |
| 16720 Remote | 2CE4240GLB | Boles - laptop | Sep-17 | $ 370.92 | 75 |
| 16720 Remote | 2CE4240GM6 | Scruggs - laptop | Sep-17 | $ 370.92 | 75 |
| 16720 Kansas City | 2CE4240GK3 | Gieringer - laptop - bought out u | | 0 | - |
| | | | | | |
| | | | | | |
| 16723 Louisville | 2CE4240FR2 | Shore - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | 2CE4240GDX | Stevens - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | 2CE4240GLL | Wilkerson - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | 2CE4240GC8 | Williams - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | 2CE4240FQW | Davis - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | 2CE4240GLY | Draper - laptop | Sep-17 | $ 353.10 | 75 |
| 16723 Louisville | Serial # not on worksh | LVL backup - desktop | Sep-17 | $ 343.53 | 50 |
| 16723 Louisville | 018008442853 | McCarthy - tablet | Sep-16 | $ 253.44 | 50 |
| 16723 Louisville | 013916142353 | Wheeler - tablet | May-16 | $ - | 50 |
| 16723 Remote | 2CE4240FQ9 | Wainwright - laptop | Sep-17 | $ 353.10 | 50 |
| | | | | | |
| | | | | | |
| 16725 Los Angeles | 2CE4240GMB | Johnson - laptop | Sep-17 | $ 362.67 | |
| 16725 Los Angeles | 2CE4240GNY | Ellis - laptop | Sep-17 | $ 362.67 | |
| 16725 Los Angeles | 2CE4240GFY | Wild - laptop | Sep-17 | $ 362.67 | |
| 16725 Los Angeles | B80L712 | McElroy - desktop | Sep-17 | $ 352.28 | |
| 16725 Los Angeles | Serial # not on worksh | Papermy - desktop | Sep-17 | $ 352.28 | |
| 16725 Los Angeles | Serial # not on worksh | LA backup - desktop | Sep-17 | $ 352.28 | 0 |
| 16725 Los Angeles | 042860143053 | Barran, Cora - tablet | Sep-16 | $ 253.80 | |
| 16725 Los Angeles | | LA Office Furniture | May-17 | $ - | |
| 16725 Remote | 2CE4240GFF | Neumann - laptop | Sep-17 | $ 362.67 | |
| 16725 Remote | CND4313FNG | Parra - laptop | Sep-17 | $ 362.67 | |
| 16725 Los Angeles | | Local Mktg - laptops (2) - old laps | | 0 | |
| 16725 Los Angeles | | LA Phones | | 0 | |

DISPOSED OF APRIL 2015



| | | | Book | Market B5 |
|---|---|---|---|---|
| 16726 Pittsburgh | 043055443053 | Barran, Nick - tablet | Aug-16 $ 198.10 | EST. 50 |
| 16726 Remote | 025277542353 | Barran, Antony - table | Jul-16 $ 140.98 | 50 |
| 16726 Remote | 010702442853 | Jones, Chris - tablet | Sep-16 $ 253.44 | 50 |
| 18017 Los Angeles | | LA Cabling - leasehold Improvem | 0 | - |
| 18023 Louisville | | Louisville cabinets - le: | Sep-16 $ 318.38 | 100 |

26,315.36    $6,750

| Debtor | KDA Group, Inc. | Case number *(if known)* 16-21821 |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. 55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| See Attached List C | | $0.00 | | $0.00 |

56.    **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   $0.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

ATTACHMENT C

FORM 206 A/B; PART 9:  LEASED REAL PROPERTY

1.  7015 College Blvd., Suite 700, Overland Park (Kansas City), KS 66211
2.  6980 North Port Washington Rd., Glendale (Milwaukee,) WI53217
3.  303 N Hurstbourne Pkwy., Louisville, KY 40222
4.  444 Liberty Ave., Gateway Four, Ste. 1100, Pittsburgh, PA 15222

Debtor    __KDA Group, Inc._____    Case number *(if known)* __16-21821__
                    Name

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**In October 2015, KDA Paid**<br>**$250,000.00 to acquire an interest in**<br>**the assets of Midwest Stress Center** | _250,000.00_ − _0.00_ =<br>Total face amount    doubtful or uncollectible amount<br><br>$250,000.00 |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $250,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **KDA Group, Inc.**  
_____    Case number _(If known)_  **16-21821**  
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $2,217.80 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $314,471.94 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $42,250.36 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $608,940.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $608,940.10 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    KDA Group, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    16-21821

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1  Extra Space Storage
Creditor's Name

**8002 Warwick Ave.**
**Louisville, KY 40222**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

### 2.2  Iron Mountain
Creditor's Name

**1000 Campus Drive**
**Collegeville, PA 19426**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**5657,Y969,35PP**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Ketchum Directory Advertising**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$0.00**    Column B: **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **KDA Group, Inc.** _____      Case number (if known)    **16-21821** _____
      Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Office Resource Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | Creditor's Name | | | |

**101 Bradley Dr.**
**Nicholasville, KY 40356**
Creditor's mailing address

Describe the lien _____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $0.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   KDA Group, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   16-21821

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Action Pages**<br>c/o Genesis Publisher Services<br>3310 Eagle Park, Dr. NE, Ste 200<br>Grand Rapids, MI 49525<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  0826 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $84.24 |
| **3.2** Nonpriority creditor's name and mailing address<br>**ADS Parish Red Books**<br>c/o DMI<br>1305 West Main<br>Greenwood, MO 64034<br><br>Date(s) debt was incurred  2015<br>Last 4 digits of account number  0519 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $7,281.93 |
| **3.3** Nonpriority creditor's name and mailing address<br>**AJ Media Services, LLC DAB Best**<br>1305 W. Main<br>Greenwood, MO 64034<br><br>Date(s) debt was incurred  2015<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **KDA Books**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,503.41 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Alabama Publishing Group**<br>c/o Genesis Publisher Services<br>3310 Eagle Park Dr. NE, Suite 200<br>Grand Rapids, MI 49525<br><br>Date(s) debt was incurred  2015<br>Last 4 digits of account number  0944 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $7,413.97 |

| Debtor | KDA Group, Inc. | | Case number (if known) | 16-21821 |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address
Anuncios en Directorios S.A. de
PMB 192
P.O. Box 439056
San Diego, CA 92143

Date(s) debt was incurred **2015**

Last 4 digits of account number **0594**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,463.44**

---

**3.6** | Nonpriority creditor's name and mailing address
Arvig Media
c/o DMI
1305 West Main
Greenwood, MO 64034

Date(s) debt was incurred **2015**

Last 4 digits of account number **0899**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,877.96**

---

**3.7** | Nonpriority creditor's name and mailing address
Associated Publishing Company Inc.
A Subsidiary of Hearst
61 Joh Muir Drive
Buffalo, NY 14228

Date(s) debt was incurred **2015**

Last 4 digits of account number **0522**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,256.28**

---

**3.8** | Nonpriority creditor's name and mailing address
ATD-Austin
c/o DMI
1305 West Main
Greenwood, MO 64034

Date(s) debt was incurred **2015**

Last 4 digits of account number **0750**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,091.32**

---

**3.9** | Nonpriority creditor's name and mailing address
AXESA Servicios DE Informacion, S.
c/o National Solutions
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

Date(s) debt was incurred **2015**

Last 4 digits of account number **0627**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,048.60**

---

**3.10** | Nonpriority creditor's name and mailing address
Best Read Phonebooks
c/o DMI
1305 W Main
Greenwood, MO 64034

Date(s) debt was incurred **2015**

Last 4 digits of account number **0711**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$919.87**

---

**3.11** | Nonpriority creditor's name and mailing address
Carr Directory
P.O. Box 888
Bountiful, UT 84011-0888

Date(s) debt was incurred **2015**

Last 4 digits of account number **0905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$814.40**

---

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.20 |
|---|---|---|---|
| | **Central California Directories**<br>100 Pleasant St., Unit 3C<br>c/o Peter Salzberg & Associates<br>Marblehead, MA 01945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0853** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.20 |
|---|---|---|---|
| | **Chinese Yellow Pages**<br>18605 E. Gale Ave., Bldg. 155<br>Suite 228B<br>City of Industry, CA 91748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **605E** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.25 |
|---|---|---|---|
| | **Citywide Directories LLC**<br>c/o Genesis Publisher Services<br>3310 Eagle Park Dr. NE., Suite 200<br>Grand Rapids, MI 49525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0560** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,631.76 |
|---|---|---|---|
| | **Classified Directories**<br>P.O. Box 1394<br>Bismarck, ND 58502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0744** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,573.28 |
|---|---|---|---|
| | **Colorlyne Directories**<br>c/o Directory Marketing Inc.<br>1305 West Main St.<br>Greenwood, MO 64034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0844** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.96 |
|---|---|---|---|
| | **Communty Yellow Pages**<br>c/o Genesis Publisher Services<br>3310 Eagle Park Dr., NE, Suite 200<br>Grand Rapids, MI 49525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0546** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,969.22 |
|---|---|---|---|
| | **Comporium Pubishing**<br>P.O. Box 430<br>471-C Lakeshore Pkwy<br>Rock Hill, SC 29731 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **0980** | Is the claim subject to offset? ☐ No ☐ Yes | |

Debtor   **KDA Group, Inc.**
　　　　　Name

Case number (if known)   **16-21821**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,798.12 |

**Consolidated Communications Inc.**
350 S. Loop 336 West
Conroe, TX 77304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0588**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,576.32 |

**Data Publishing**
c/o DMI
1305 West Main St.
Greenwood, MO 64034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0691**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,978.15 |

**DEX**
25364 Network Place
Chicago, IL 60673-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0569**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $551,122.74 |

**DEX**
25364 Network Place
Chicago, IL 60673-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0626**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $776,153.26 |

**DEX**
25364 Network Place
Chicago, IL 60673-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0883**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,256.37 |

**DEX**
25364 Network Place
Chicago, IL 60673-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0651**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,097.73 |

**DEX**
25364 Network Place
Chicago, IL 60673-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0668**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **KDA Group, Inc.** | Case number (if known) | **16-21821** |
|---|---|---|---|
| | Name | | |

---

**3.26**

Nonpriority creditor's name and mailing address
**DEX**
**25364 Network Place**
**Chicago, IL 60673-1253**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0687**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,156.92**

---

**3.27**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0542**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$586,477.64**

---

**3.28**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0694**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$509,257.33**

---

**3.29**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$392,543.23**

---

**3.30**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0773**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,587.27**

---

**3.31**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0682**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$490,950.73**

---

**3.32**

Nonpriority creditor's name and mailing address
**Dex Media**
**P.O. Box 612287**
**DFW Airport, TX 75261-2287**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0622**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$125,522.71**

---

Debtor    **KDA Group, Inc.**
Name

Case number *(if known)*    **16-21821**

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address<br>**DEX Media East, Inc.**<br>**25365 Network Place**<br>**Chicago, IL 60673-1253**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0794** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Businiess Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$854,429.51** |
| **3.34** | Nonpriority creditor's name and mailing address<br>**DEX Media West, Inc.**<br>**25367 Network Place**<br>**Chicago, IL 60673-1253**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0822** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$727,934.75** |
| **3.35** | Nonpriority creditor's name and mailing address<br>**Directory Plus**<br>**c/o DMI**<br>**1305 West Main St.**<br>**Greenwood, MO 64034-9648**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0797** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,899.31** |
| **3.36** | Nonpriority creditor's name and mailing address<br>**Directory Publishing Solutions**<br>**2630 HWY 109**<br>**Wildwood, MO 63040**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **5944** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$45,659.44** |
| **3.37** | Nonpriority creditor's name and mailing address<br>**DMI**<br>**1305 West Main St.**<br>**Greenwood, MO 64034**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0856** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,408.07** |
| **3.38** | Nonpriority creditor's name and mailing address<br>**Downey Publishing**<br>**2545 East Southlake Blvd.**<br>**Southlake, TX 76092**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0933** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,049.90** |
| **3.39** | Nonpriority creditor's name and mailing address<br>**Eagle Pulbilictions, Inc.**<br>**2 Eastport Plaza Dr.**<br>**Collinsville, IL 62234**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **0561** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$23,444.00** |

Debtor    **KDA Group, Inc.**
_____
Name

Case number (if known)    **16-21821**

---

**3.40**  Nonpriority creditor's name and mailing address
**Everyday Yellow Pages**
c/o Genesis Publishers Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0670**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$110.25

---

**3.41**  Nonpriority creditor's name and mailing address
**Front Door Direct**
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0752**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,377.50

---

**3.42**  Nonpriority creditor's name and mailing address
**Geneseo Communications, Inc.**
c/o Directory Network Marketing, Inc.
1305 W. Main Street
Greenwood, MO 64034-9648

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0708**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,291.49

---

**3.43**  Nonpriority creditor's name and mailing address
**Gold Leaf Directories**
c/o Directory Marketing Inc.
1305 West Main St.
Greenwood, MO 64034

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0891**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,061.25

---

**3.44**  Nonpriority creditor's name and mailing address
**Hagadone Directories**
P.O. Box 1266
Coeur D Alene, ID 83816

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0653**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$12,795.12

---

**3.45**  Nonpriority creditor's name and mailing address
**Haines Publishing Inc.**
c/o DMI
1305 West Main St.
Greenwood, MO 64034

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0985**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$15,495.12

---

**3.46**  Nonpriority creditor's name and mailing address
**Hanson Directory Service, Inc.**
1501 N. 15th Ave. E
Newton, IA 50208

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0729**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$88,865.55

---

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
| | Name | | |

---

**3.47**

Nonpriority creditor's name and mailing address
**HIBU Inc.**
**National Collections**
**2201 Renaissance Blvd.**
**King of Prussia, PA 19406-2785**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0999**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,627,150.15**

---

**3.48**

Nonpriority creditor's name and mailing address
**Home Town Directories, Inc.**
**c/o DMI**
**1305 W. Main St.**
**Greenwood, MO 64034-9648**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0961**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$312.13**

---

**3.49**

Nonpriority creditor's name and mailing address
**Impact Directories DBA Arrow Rock**
**1305 W. Main St.**
**Greenwood, MO 64034**

Date(s) debt was incurred   **2015**

Last 4 digits of account number  **0966**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,818.94**

---

**3.50**

Nonpriority creditor's name and mailing address
**Impact Directories Inc.**
**c/o Directory Marketing Inc.**
**1305 W. Main St.**
**Greenwood, MO 64034**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,427.75**

---

**3.51**

Nonpriority creditor's name and mailing address
**Lakeview Plublishing**
**c/o DMI**
**1305 W. Main St.**
**Greenwood, MO 64034**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0639**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,601.26**

---

**3.52**

Nonpriority creditor's name and mailing address
**Local Book Publishing Inc.**
**Attn: National Solutions, Inc.**
**1982 Lewis Turner Blvd., Suite C**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0864**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,730.25**

---

**3.53**

Nonpriority creditor's name and mailing address
**Local Edge**
**A Division of Hearst**
**61 John Muir Drive**
**Amherst, NY 14228**

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0991**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,515.34**

---

Debtor    **KDA Group, Inc.**
Name

Case number (if known)    **16-21821**

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.80 |
|---|---|---|---|

**Metropolitan Publishing**
P.O. Box 925
Tomball, TX 77377-0925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0578**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,866.64 |
|---|---|---|---|

**Names and Numbers**
c/o Genesis Publisher Services
3310 Eagle Park Dr., Suite 200
Grand Rapids, MI 49525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0533**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.60 |
|---|---|---|---|

**National Solutions**
Attn: Nextech Directories
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0805**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,766.60 |
|---|---|---|---|

**National Solutions**
Attn: ETC Communications
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0515**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,505.75 |
|---|---|---|---|

**National Solutions**
Attn: Phone Guide
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0808**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.80 |
|---|---|---|---|

**National Solutions Inc.**
Attn: McInturff & Associates
1982 Lewis Turner Blvd, Suite C
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0784**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,571.20 |
|---|---|---|---|

**National Solutions Inc.**
c/o Communication Publishing
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0795**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|--------|-----------------|------------------------|----------|
| | Name | | |

---

**3.61** Nonpriority creditor's name and mailing address
National Solutions Inc.
Attn: Lehigh Valley Pages
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

Date(s) debt was incurred __2015__

Last 4 digits of account number __0630__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,947.20**

---

**3.62** Nonpriority creditor's name and mailing address
National Solutions, Inc. 0789
Attn: USA Northland Directories
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

Date(s) debt was incurred __2015__

Last 4 digits of account number __0789__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$600.84**

---

**3.63** Nonpriority creditor's name and mailing address
NE Indiana Phone Books
c/o Directory Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred __2015__

Last 4 digits of account number __0506__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.94**

---

**3.64** Nonpriority creditor's name and mailing address
North West Austin Directories
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred __2015__

Last 4 digits of account number __0839__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$938.37**

---

**3.65** Nonpriority creditor's name and mailing address
Northern Directory Publishing
c/o Directory Marketing
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred __2015__

Last 4 digits of account number __0814__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$14,988.56**

---

**3.66** Nonpriority creditor's name and mailing address
Nova Directories
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred __2015__

Last 4 digits of account number __0875__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$11,078.00**

---

**3.67** Nonpriority creditor's name and mailing address
Ogden Directories Inc.
2402 Route 66
Delmont, PA 15626

Date(s) debt was incurred __2015__

Last 4 digits of account number __0877__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$34,378.07**

---

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
| | Name | | |

---

**3.68** Nonpriority creditor's name and mailing address

Our Community Directory LLC
Genesis Publisher Services
3310 Eagle Park Drive NE, Suite 200
Grand Rapids, MI 49525

Date(s) debt was incurred  2015

Last 4 digits of account number  0819

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,499.55

---

**3.69** Nonpriority creditor's name and mailing address

Pelican Pages LLC
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred  2015

Last 4 digits of account number  0978

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$141.00

---

**3.70** Nonpriority creditor's name and mailing address

Peter Salzberg and Associates
100 Pleasant Street-Unit 3C
Marblehead, MA 01945

Date(s) debt was incurred  2015

Last 4 digits of account number  0554

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,045.20

---

**3.71** Nonpriority creditor's name and mailing address

Phone Directory Services DBA PDS
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred  2015

Last 4 digits of account number  0536

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,472.81

---

**3.72** Nonpriority creditor's name and mailing address

Pinnacle Publishing, LLC
4030 Technology Drive NW
Bemidji, MN 56601

Date(s) debt was incurred  2015

Last 4 digits of account number  0974

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$64,452.29

---

**3.73** Nonpriority creditor's name and mailing address

Pioneer Directories, Inc.
205 W. Alona Ln.
P.O. Box 231
Lancaster, WI 53813

Date(s) debt was incurred  2015

Last 4 digits of account number  0868

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$6,497.30

---

**3.74** Nonpriority creditor's name and mailing address

Pioneer Telephone Association Inc.
P.O. Box 707
Ulysses, KS 67880-0707

Date(s) debt was incurred  2015

Last 4 digits of account number  0830

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,159.39

---

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
Pioneer Telephone Cooperative
Nat'l YP Dept., Carol Lukasek
P.O. Box 539
Kingfisher, OK 73750

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0831**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,511.18**

---

**3.76** | Nonpriority creditor's name and mailing address
Pioneer Telephone Cooperative
Directory Advertising
P.O. Box 631
Philomath, OR 97370

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0990**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$614.52**

---

**3.77** | Nonpriority creditor's name and mailing address
Plant Telecommunications
P.O. Box 187
Tifton, GA 31793-0187

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0825**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$992.64**

---

**3.78** | Nonpriority creditor's name and mailing address
Sasktel-Customer Remittance
6th Flior, 2121 SASK. Drive
c/o Doreen Neuls
Regina Saskatchewan

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0847**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,232.88**

---

**3.79** | Nonpriority creditor's name and mailing address
Southern Directory Publishing
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0540**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,963.64**

---

**3.80** | Nonpriority creditor's name and mailing address
Southwest Directory Publishing
1305 W. Main St.
c/o Directory Marketing, Inc.
Greenwood, MO 64034-9648

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0778**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$592.56**

---

**3.81** | Nonpriority creditor's name and mailing address
St. Bernard Telephone Directory
P.O. Box 276
La Place, LA 70069-0276

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0846**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$770.00**

---

Debtor   **KDA Group, Inc.**
Name

Case number (if known)   **16-21821**

---

**3.82** | Nonpriority creditor's name and mailing address
**Statewide Publishing**
5009 W. Clearwater Ave. Suite K
Kennewick, WA 99336

Date(s) debt was incurred **2015**
Last 4 digits of account number **0942**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,299.52**

---

**3.83** | Nonpriority creditor's name and mailing address
**Summit Media Inc.**
c/o DMI Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred **2015**
Last 4 digits of account number **0861**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,429.80**

---

**3.84** | Nonpriority creditor's name and mailing address
**Summit Media Solutions, Inc.**
c/o Directory Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred **2015**
Last 4 digits of account number **0931**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,473.99**

---

**3.85** | Nonpriority creditor's name and mailing address
**Sunshine Pages**
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred **2015**
Last 4 digits of account number **0530**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,902.22**

---

**3.86** | Nonpriority creditor's name and mailing address
**Surewest Directories**
Accounts Receivable
1430 Blue Oaks Blvd., Suite 230
Roseville, CA 95747

Date(s) debt was incurred **2015**
Last 4 digits of account number **0922**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,215.04**

---

**3.87** | Nonpriority creditor's name and mailing address
**SWB Group Services**
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Date(s) debt was incurred **2105**
Last 4 digits of account number **0874**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,128.53**

---

**3.88** | Nonpriority creditor's name and mailing address
**Tarheel Pages Company**
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred **2015**
Last 4 digits of account number **0508**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,611.37**

---

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Telephone Directory of TX**
404 Wynn Dr.
Jacksonville, TX 75766

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,757.50

---

**3.90** | Nonpriority creditor's name and mailing address
**The Berry Company**
3100 Research Blvd., Suite 2550
Attn: Johna Ducan
Dayton, OH 45420

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0520**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$186,183.24

---

**3.91** | Nonpriority creditor's name and mailing address
**The Berry Company**
3100 Research Blvd., Suite 2550
Attn: Johna Ducan
Dayton, OH 45420

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0558**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$226,260.85

---

**3.92** | Nonpriority creditor's name and mailing address
**The Berry Company**
3100 Research Blvd., Suite 2550
Attn: Johna Ducan
Dayton, OH 45420

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0557**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,409.79

---

**3.93** | Nonpriority creditor's name and mailing address
**The Berry Company**
3100 Research Blvd., Suite 2550
Attn: Johna Ducan
Dayton, OH 45420

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0921**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$34,922.64

---

**3.94** | Nonpriority creditor's name and mailing address
**The Data Center Inc.**
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **0732**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$12,698.01

---

**3.95** | Nonpriority creditor's name and mailing address
**The Gold Pages**
2475 W. Chicago St.
Rapid City, SD 57702

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **6203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$516.80

---

Debtor    **KDA Group, Inc.**
_____
Name

Case number (if known)    **16-21821**

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,047.75 |
|---|---|---|---|

**The Local Pages**
**c/o DMI**
**1305 W. Main St.**
**Greenwood, MO 64034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0633__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20,544.23 |
|---|---|---|---|

**The Local Pages Inc.**
**c/o DMI**
**1305 W. Main St.**
**Greenwood, MO 64034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0647__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $40,447.60 |
|---|---|---|---|

**User-Friendly Phone Book**
**10200 Grogans Mill Rd., Suite 440**
**Attn: Naional Accounts**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0583__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $56,034.72 |
|---|---|---|---|

**Valley Yellow Pages**
**1850 N. Gateway Blvd.**
**Fresno, CA 93727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0636__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $945.36 |
|---|---|---|---|

**Vernon Publications, LLC**
**c/o Directory Marketing, Inc.**
**1305 W. Main St.**
**Greenwood, MO 64034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0551__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,180.00 |
|---|---|---|---|

**Watsfield Telecom**
**P.O. Box 543**
**Hinesburg, VT 05461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0659__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27,669.31 |
|---|---|---|---|

**Yellow Pages Group**
**16 Place DU Commerce Main Floor**
**Ile Des Soeurs**
**Verdun Quebec**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: **Business Debt**

Last 4 digits of account number __0510__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    KDA Group, Inc.
_____
Name

Case number (if known)    16-21821

| | | |
|---|---|---|
| **3.103** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0719** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$7,029.22** |
| **3.104** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0612** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$28,507.26** |
| **3.105** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0671** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,006.33** |
| **3.106** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0936** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$372.44** |
| **3.107** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0727** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,549.39** |
| **3.108** | Nonpriority creditor's name and mailing address<br>**Yellow Pages Group Co.**<br>**16 Place DU Commerce Main Floor**<br>**Ile Des Soeurs**<br>**Verdun Quebec**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0507** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,634.12** |
| **3.109** | Nonpriority creditor's name and mailing address<br>**YP**<br>**P.O. Box 505190**<br>**Saint Louis, MO 63150-5190**<br><br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number  **0913** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,591,464.48** |

| Debtor | KDA Group, Inc. | Case number (if known) | 16-21821 |
|---|---|---|---|
|  | Name |  |  |

**3.110**  Nonpriority creditor's name and mailing address
YP
P.O. Box 505190
Saint Louis, MO 63150-5190

Date(s) debt was incurred **2015**

Last 4 digits of account number **0829**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$602,349.72**

---

**3.111**  Nonpriority creditor's name and mailing address
YP
P.O. Box 505190
Saint Louis, MO 63150-5190

Date(s) debt was incurred **2015**

Last 4 digits of account number **0717**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$907,174.38**

---

**3.112**  Nonpriority creditor's name and mailing address
YP
P.O. Box 505190
Saint Louis, MO 63150-5190

Date(s) debt was incurred **2015**

Last 4 digits of account number **0962**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,176,039.03**

---

**3.113**  Nonpriority creditor's name and mailing address
YP
P.O. Box 505190
Saint Louis, MO 63150-5190

Date(s) debt was incurred **2015**

Last 4 digits of account number **0927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$92,107.68**

---

**3.114**  Nonpriority creditor's name and mailing address
Ziplocal
P.O. Box 50030
Provo, UT 84605

Date(s) debt was incurred **2015**

Last 4 digits of account number **0833**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,666.71**

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney Raymond P. Wendolwski Jr.<br>707 Grant Street, Suite 2200<br>Gulf Tower<br>Pittsburgh, PA 15219 | Line **3.67**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | David J. Maher, Esq.<br>The Law Office of David J. Maher, LLC<br>1000 Parkwood Circle, Ste. #900<br>Atlanta, GA 30339 | Line **3.112**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | KDA Group, Inc. | | Case number (if known) | 16-21821 |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3    Jeffrey Golomb, Esq.<br>Gomes & Golomb, LLC<br>270 Carpenter Drive, Ste #200<br>Atlanta, GA 30328 | Line __3.112__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4    Paul M. Rosenblatt, Esq.<br>Kilpatrick Townsend & Stockton, LLP<br>1100 Peachtree Street, NE Ste # 2800<br>Atlanta, GA 30309 | Line __3.112__<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 12,967,324.25 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 12,967,324.25 |

**Fill in this information to identify the case:**

Debtor name    **KDA Group, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-21821**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

    **2. List all contracts and unexpired leases**

    State the name and mailing address for all other parties with
    whom the debtor has an executory contract or unexpired
    lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee Real Estate Glendale, WI November 30, 2018** |
| | State the term remaining | |
| | List the contract number of any government contract | **Apelman Properties 252 E. Highland Ave. Milwaukee, WI 53202** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee Real Estate Louisville, KY March 31, 2016** |
| | State the term remaining | |
| | List the contract number of any government contract | **Behring Harvard Reit 15601 Dallas Parkway #650 Addison, TX 75001** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee Real Estate Overland  KS March 31, 2018** |
| | State the term remaining | |
| | List the contract number of any government contract | **Copaken Brooks 1100 Walnut, Ste. 2000 Kansas City, MO 64106** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lesslee Real Estate Pittsburgh, PA August 31, 2017** |
| | State the term remaining | |
| | List the contract number of any government contract | **Copaken Brooks 1100 Walnut, Ste. 2000 Kansas City, MO 64106** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1   **KDA Group, Inc.**                                                   Case number *(if known)*   **16-21821**
    First Name     Middle Name     Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **Steelcase Financial Services**<br>**P.O. Box 91200**<br>**Chicago, IL 60693** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee**<br>**Office Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **TIP Capital**<br>**40950 Woodward Ave. #201**<br>**Bloomfield Hills, MI 48304-5127** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee**<br>**Office Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **US Bank**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee**<br>**Office Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **Wells Fargo**<br>**P.O. Box 3072**<br>**Cedar Rapids, IA 52406-3072** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee**<br>**Office Equipment** |
| | State the term remaining | |
| | List the contract number of any government contract | **Wells Fargo Financial Leasing, Inc.**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee**<br>**Office Equipment** |
| | State the term remaining | |
| | List the contract number of any | **Wells Fargo Vendor Financial Services, L**<br>**P.O. Box 41564**<br>**Philadelphia, PA 19101** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **KDA Group, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-21821**
_____

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

government contract

**Fill in this information to identify the case:**

Debtor name    **KDA Group, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **16-21821**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **KDA Group, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-21821** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other  **Revenue From Advertising 05-13-15-05-12-16** | **$912,714.39** |
   | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **2015 Fiscal 01-01-15-12-31-15** | **$4,899,919.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   KDA Group, Inc.                                    Case number (if known)  16-21821

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Calaiaro Valencik<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219 | | $2,555.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | Gomez & Golomb | | $7,596.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Hertz Gateway | | $24,267.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Antony Barran | 05/12/2016 -<br>05/12/2016 | $34,317.91 | When the company shut down, the payroll system changed the access codes. The debtor does not currrently have access to this information from the third party provider. The debtor is working with the payroll provider to gain access to this information and the schedules will be amended when they have access to this information. |
| 4.2. | Nicholas Barran | 05/12/2015 -<br>05/12/2016 | $65,252.59 | When the company shut down, the payroll system changed the access codes. The debtor does not currrently have access to this information from the third party provider. The debtor is working with the payroll provider to gain access to this information and the schedules will be amended when they have access to this information. |

Debtor   **KDA Group, Inc.** _____   Case number *(if known)* **16-21821**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.   Tammy Kundla | 05/12/2015 -<br>05/12/2016 | $1,526.76 | When the company shut down, the payroll system changed the access codes. The debtor does not currrently have access to this information from the third party provider. The debtor is working with the payroll provider to gain access to this information and the schedules will be amended when they have access to this information. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Ogden Directories Inc. vs. KDA Group Inc.<br>GD-16-000558 | Civil | **Court of Common Please of Allegheny Coun** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   YP vs. KDA Group Inc.<br>15-CV-6980-10 | Civil | **Superior Court of Deklab County**<br>**State of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **KDA Group, Inc.**                                              Case number *(if known)*  **16-21821**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Notre Dame High School<br>Sherman Oaks, CA | Donated Office furniture from closure of office | April 2015 | $0.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Calaiaro Valencik<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219 | $1,717 Filing Fee<br>$2,445.00 Retainer | | $4,162.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **KDA Group, Inc.**                                                Case number (if known) **16-21821**

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **6101 W. Centinela Ave. Suite 315 Culver City, CA 91325** | **6/10-5/15** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan                                    Employer identification number of the plan
    **KDA**                                         EIN:

    Has the plan been terminated?
    ■ No
    ☐ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

SCHEDULE   D

FORM 207 PART 10/20 OFF PREMISES STORAGE

1. Iron Mountain, 1000 Campus Dr., Collegeville, PA 19426 (Ref: L5657, KY 969, 435PP, Ketchum Directory Advertising)
2. Office Resources Inc, 101 Bradley Dr., Nicholasville, KY 40356
3. Extra Space Storage, 8002 Warwick Ave., Louisville, KY40222

INTENTIONALLY LEFT BLANK

INTENTIONALLY LEFT BLANK

Debtor    **KDA Group, Inc.** _____    Case number *(if known)*  **16-21821** _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **See Attachment D** | **See Attachment D** | | ☐ No<br>■ Yes |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

Debtor    KDA Group, Inc.                                                      Case number (if known)   16-21821

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Tammy Kundla**<br>**548 Carnival Dr.**<br>**Pittsburgh, PA 15239** | **1990-5/16** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
  ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Moss Adams**<br>**11766 Wilshire Blvd. #900**<br>**Los Angeles, CA 90025** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
  ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Tammy Kundla & Nicholas Barran**<br>**25204 Sansridge Rd.**<br>**Ocean Park, WA 98640** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | KDA Group, Inc. | Case number (if known) 16-21821 |
|---|---|---|

statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Marquette Business Credit**
**333 S. Grande Ave., Suite 2350**
**Los Angeles, CA 90071**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicholas Barran | 25204 Sansridge Rd. Ocean Park, WA 98640 | | |
| Antony Barran | | | |
| Tammy Kundla | 548 Carnival Dr. Pittsburgh, PA 15239 | | |
| Matthew Parra | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **KDA Group, Inc.** _____    Case number *(if known)*  **16-21821** _____

**Name of the parent corporation**                                **Employer Identification number of the parent
                                                                    corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                **Employer Identification number of the parent
                                                                    corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2016** _____

**/s/ Nicholas D. E. Barran** _____        **Nicholas D. E. Barran** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **CEO** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ ~~No~~
☒ Yes        There are attachments

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                          :    Bankruptcy No. **16-21821**

     **KDA Group, Inc.**              :

                             :    Chapter **11**

                             :

                Debtor      :

                             :

     **KDA Group, Inc.**              :

Movant                        :    Related to Document No. 1

                             :

                             :

                  v.             :

                             :

No Respondent             :

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Donald R. Calaiaro__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Donald R. Calaiaro**
_____
   Signature
   **Donald R. Calaiaro**
_____
   Typed Name
   **429 Forbes Avenue**
   **Suite 900**
   **Pittsburgh, PA 15219**
_____
   Address
   **412-232-0930 Fax:412-232-3858**
_____
   Phone No.
   **27538**
_____
   List Bar I.D. and State of Admission

## United States Bankruptcy Court
### Western District of Pennsylvania

In re   **KDA Group, Inc.**                                        Case No.   **16-21821**

                                                 Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **LB2 Group Inc.** | **Common** | **100** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 15, 2016**                          Signature   **/s/ Nicholas D. E. Barran**

                                                             **Nicholas D. E. Barran**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   KDA Group, Inc. _____
_____ Debtor(s)

Case No.   16-21821 _____
Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 15, 2016 _____

/s/ Nicholas D. E. Barran _____
Nicholas D. E. Barran/CEO
Signer/Title

Action Pages
c/o Genesis Publisher Services
3310 Eagle Park, Dr. NE, Ste 200
Grand Rapids, MI 49525

ADS Parish Red Books
c/o DMI
1305 West Main
Greenwood, MO 64034

AJ Media Services, LLC DAB Best
1305 W. Main
Greenwood, MO 64034

Alabama Publishing Group
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Anuncios en Directorios S.A. de
PMB 192
P.O. Box 439056
San Diego, CA 92143

Apelman Properties
252 E. Highland Ave.
Milwaukee, WI 53202

Arvig Media
c/o DMI
1305 West Main
Greenwood, MO 64034

Associated Publishing Company Inc.
A Subsidiary of Hearst
61 Joh Muir Drive
Buffalo, NY 14228

ATD-Austin
c/o DMI
1305 West Main
Greenwood, MO 64034

Attorney Raymond P. Wendolwski Jr.
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219

AXESA Servicios DE Informacion, S.
c/o National Solutions
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

Behring Harvard Reit
15601 Dallas Parkway #650
Addison, TX 75001

Best Read Phonebooks
c/o DMI
1305 W Main
Greenwood, MO 64034

Carr Directory
P.O. Box 888
Bountiful, UT 84011-0888

Central California Directories
100 Pleasant St., Unit 3C
c/o Peter Salzeberg & Associates
Marblehead, MA 01945

Chinese Yellow Pages
18605 E. Gale Ave., Bldg. 155
Suite 228B
City of Industry, CA 91748

Citywide Directories LLC
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE., Suite 200
Grand Rapids, MI 49525

Classified Directories
P.O. Box 1394
Bismarck, ND 58502

Colorlyne Directories
c/o Directory Marketing Inc.
1305 West Main St.
Greenwood, MO 64034

Communtiy Yellow Pages
c/o Genesis Publisher Services
3310 Eagle Park Dr., NE, Suite 200
Grand Rapids, MI 49525

Comporium Pubishing
P.O. Box 430
471-C Lakeshore Pkwy
Rock Hill, SC 29731

Consolidated Communications Inc.
350 S. Loop 336 West
Conroe, TX 77304

Copaken Brooks
1100 Walnut, Ste. 2000
Kansas City, MO 64106

Data Publishing
c/o DMI
1305 West Main St.
Greenwood, MO 64034

David J. Maher, Esq.
The Law Office of David J. Maher, LLC
1000 Parkwood Circle, Ste. #900
Atlanta, GA 30339

DEX
25364 Network Place
Chicago, IL 60673-1253

Dex Media
P.O. Box 612287
DFW Airport, TX 75261-2287

DEX Media East, Inc.
25365 Network Place
Chicago, IL 60673-1253

DEX Media West, Inc.
25367 Network Place
Chicago, IL 60673-1253

Directory Plus
c/o DMI
1305 West Main St.
Greenwood, MO 64034-9648

Directory Publishing Solutions
2630 HWY 109
Wildwood, MO 63040

DMI
1305 West Main St.
Greenwood, MO 64034

Downey Publishing
2545 East Southlake Blvd.
Southlake, TX 76092

Eagle Pulbilictions, Inc.
2 Eastport Plaza Dr.
Collinsville, IL 62234

Everyday Yellow Pages
c/o Genesis Publishers Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Extra Space Storage
8002 Warwick Ave.
Louisville, KY 40222

Front Door Direct
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Geneseo Communications, Inc.
c/o Directory Network Marketing, Inc.
1305 W. Main Street
Greenwood, MO 64034-9648

Gold Leaf Directories
c/o Directory Marketing Inc.
1305 West Main St.
Greenwood, MO 64034

Hagadone Directories
P.O. Box 1266
Coeur D Alene, ID 83816

Haines Publishing Inc.
c/o DMI
1305 West Main St.
Greenwood, MO 64034

Hanson Directory Service, Inc.
1501 N. 15th Ave. E
Newton, IA 50208

HIBU Inc.
National Collections
2201 Renaissance Blvd.
King of Prussia, PA 19406-2785

Home Town Directories, Inc.
c/o DMI
1305 W. Main St.
Greenwood, MO 64034-9648

Impact Directories DBA Arrow Rock
1305 W. Main St.
Greenwood, MO 64034

Impact Directories Inc.
c/o Directory Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

Jeffrey Golomb, Esq.
Gomes & Golomb, LLC
270 Carpenter Drive, Ste #200
Atlanta, GA 30328

Lakeview Plublishing
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Local Book Publishing Inc.
Attn: National Solutions, Inc.
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

Local Edge
A Division of Hearst
61 John Muir Drive
Amherst, NY 14228

Metropolitan Publishing
P.O. Box 925
Tomball, TX 77377-0925

Names and Numbers
c/o Genesis Publisher Services
3310 Eagle Park Dr., Suite 200
Grand Rapids, MI 49525

National Solutions
Attn: Nextech Directories
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

National Solutions Inc.
Attn: McInturff & Associates
1982 Lewis Turner Blvd, Suite C
Fort Walton Beach, FL 32547

National Solutions, Inc. 0789
Attn: USA Northland Directories
1982 Lewis Turner Blvd., Suite C
Fort Walton Beach, FL 32547

NE Indiana Phone Books
c/o Directory Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

North West Austin Directories
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Northern Directory Publishing
c/o Directory Marketing
1305 W. Main St.
Greenwood, MO 64034

Nova Directories
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Office Resource Inc.
101 Bradley Dr.
Nicholasville, KY 40356

Ogden Directories Inc.
2402 Route 66
Delmont, PA 15626

Our Community Directory LLC
Genesis Publisher Services
3310 Eagle Park Drive NE, Suite 200
Grand Rapids, MI 49525

Paul M. Rosenblatt, Esq.
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street, NE Ste # 2800
Atlanta, GA 30309

Pelican Pages LLC
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Peter Salzberg and Associates
100 Pleasant Street-Unit 3C
Marblehead, MA 01945

Phone Directory Services DBA PDS
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Pinnacle Publishing, LLC
4030 Technology Drive NW
Bemidji, MN 56601

Pioneer Directories, Inc.
205 W. Alona Ln.
P.O. Box 231
Lancaster, WI 53813

Pioneer Telephone Association Inc.
P.O. Box 707
Ulysses, KS 67880-0707

Pioneer Telephone Cooperative
Nat'l YP Dept., Carol Lukasek
P.O. Box 539
Kingfisher, OK 73750

Pioneer Telephone Cooperative
Directory Advertising
P.O. Box 631
Philomath, OR 97370

Plant Telecommunications
P.O. Box 187
Tifton, GA 31793-0187

Sasktel-Customer Remittance
6th Fllor, 2121 SASK. Drive
c/o Doreen Neuls
Regina Saskatchewan

Southern Directory Publishing
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Southwest Directory Publishing
1305 W. Main St.
c/o Directory Marketing, Inc.
Greenwood, MO 64034-9648

St. Bernard Telephone Directory
P.O. Box 276
La Place, LA 70069-0276

Statewide Publishing
5009 W. Clearwater Ave. Suite K
Kennewick, WA 99336

Steelcase Financial Services
P.O. Box 91200
Chicago, IL 60693

Summit Media Inc.
c/o DMI Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Summit Media Solutions, Inc.
c/o Directory Marketing Inc.
1305 W. Main St.
Greenwood, MO 64034

Sunshine Pages
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Surewest Directories
Accounts Receivable
1430 Blue Oaks Blvd., Suite 230
Roseville, CA 95747

SWB Group Services
c/o Genesis Publisher Services
3310 Eagle Park Dr. NE, Suite 200
Grand Rapids, MI 49525

Tarheel Pages Company
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

Telephone Directory of TX
404 Wynn Dr.
Jacksonville, TX 75766

The Berry Company
3100 Research Blvd., Suite 2550
Attn: Johna Ducan
Dayton, OH 45420

The Data Center Inc.
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

The Gold Pages
2475 W. Chicago St.
Rapid City, SD 57702

The Local Pages
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

The Local Pages Inc.
c/o DMI
1305 W. Main St.
Greenwood, MO 64034

TIP Capital
40950 Woodward Ave. #201
Bloomfield Hills, MI 48304-5127

US Bank
1310 Madrid Street
Marshall, MN 56258

User-Friendly Phone Book
10200 Grogans Mill Rd., Suite 440
Attn: Naional Accounts
Spring, TX 77380

Valley Yellow Pages
1850 N. Gateway Blvd.
Fresno, CA 93727

Vernon Publications, LLC
c/o Directory Marketing, Inc.
1305 W. Main St.
Greenwood, MO 64034

Watsfield Telecom
P.O. Box 543
Hinesburg, VT 05461

Wells Fargo
P.O. Box 3072
Cedar Rapids, IA 52406-3072

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
Des Moines, IA 50309

Wells Fargo Vendor Financial Services, L
P.O. Box 41564
Philadelphia, PA 19101

Yellow Pages Group
16 Place DU Commerce Main Floor
Ile Des Soeurs
Verdun Quebec

Yellow Pages Group Co.
16 Place DU Commerce Main Floor
Ile Des Soeurs
Verdun Quebec

YP
P.O. Box 505190
Saint Louis, MO 63150-5190

Ziplocal
P.O. Box 50030
Provo, UT 84605

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **KDA Group, Inc.**
_____   Case No.   **16-21821**
                                    Debtor(s)   Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __KDA Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LB2 Group Inc.**

☐ None [*Check if applicable*]

**June 15, 2016**
_____
Date

**/s/ Donald R. Calaiaro**
_____
**Donald R. Calaiaro**
Signature of Attorney or Litigant
Counsel for   **KDA Group, Inc.**
**Calaiaro Valencik**
**429 Forbes Avenue**
**Suite 900**
**Pittsburgh, PA 15219**
**412-232-0930 Fax:412-232-3858**