**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KDA Group, Inc.,                                                    16-21821-GLT

Debtor(s).

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

- ( )   Debtors schedules reflect only ____ unsecured creditors.

- ( )   No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

- (X)   Insufficient response to U.S. Trustee's communication/contact for service on the committee.

- ( )   Non-operating debtor-in-possession; no creditor interest.

- ( )   Motion to convert to Chapter 7 or dismiss pending.

- ( )   Case converted or dismissed.

- ( )   Other.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
Norma.L.Hildenbrand@usdoj.gov

Dated: June 28, 2016

cc: Donald R. Calaiaro, Esquire

Accepting Creditor(s)